**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-16879

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: August 05, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>John Ruben and Abbey Roberta Ruben<br>        Debtors.<br>_____<br>CitiMortgage, Inc.<br><br>        Movant,<br>vs.<br><br>John Ruben and Abbey Roberta Ruben, Debtors;<br>Robert A. MacKenzie, Trustee.<br><br>        Respondents | No. 2:09-bk-32747-RJH<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #24) |

On this day came on for consideration, CitiMortgage, Inc., its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

    10482 E Morning Star Dr
    Scottsdale AZ 85255

and legally described as:

LOT 30, OF MCDOWELL MOUNTAIN RANCH PARCEL N, ACCORDING TO BOOK 384 OF MAPS, PAGE 43, RECORDS OF MARICOPA COUNTY, ARIZONA; EXCEPT ALL MINERALS IN SAID LAND AS RESERVED IN THE PATENT; AND ALSO EXCEPT ALL URANIUM, THORIUM OR OTHER MINERALS WITH IS OR MAY BE DETERMINED TO BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS, WHETHER OR NOT OF COMMERCIAL VALUE PURSUANT TO THE PROVISIONS OF THE ACT OF AUGUST 1, 1946 (60 STAT. 755), AS SET FORTH IN THE PATENT ON THE SAID LAND.